■ ANTHONY NAPOLITANO et al., Respondents, v 23 ASSOCIATES, INC., Doing Business as KILLARNEY ROSE, Appellant.—Order, Supreme Court, New York County, entered on July 2, 1976, unanimously affirmed for the reasons stated by Baer, J., at Special Term, without costs and without

disbursements. Concur—Stevens, P. J., Murphy, Capozzoli, Markewich and Lynch, JJ.